| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Gregory J. Doan<br>635 Camino de los Mares, Suite 100<br>San Clemente, CA 92673<br>(949) 472-0593 Fax: (949) 472-5441<br>California State Bar Number: 165174<br>ecf@doanlaw.com<br>jay@doanlawfirm.com<br><br>☒ Attorney for Debtor(s)<br>☐ Debtor(s) appearing without an attorney | **FILED & ENTERED**<br><br>**DEC 15 2011**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** Isas **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Daniel Paul Henry<br>Jennifer Ann Henry<br><br>Debtor(s). | CASE NO.: 6:10-bk-41798-MJ |
|---|---|
| | CHAPTER: 13 |
| | **ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** |
| | DATE:   11/8/2010<br>TIME:   1:30 PM<br>COURTROOM: CRTRM 301<br>PLACE:   3420 Twelfth Street, Riverside |

**NAME OF CREDITOR HOLDING JUNIOR LIEN:**   Homecomings Financial through GMAC Mortgage LLC, servicing JPMorgan Chase Bank, N.A.

1. The Motion was: ☐ Opposed   ☒ Unopposed   ☐ Settled by stipulation

2. The Motion affects the junior trust deed(s), mortgage(s), or other lien(s) encumbering the following real property ("Subject Property"), which is the principal residence of debtor(s):
   *Street Address:*   2324 Fan Palm Drive
   *Unit Number:*
   *City, State, Zip Code:*   Corona, CA 92879-1206

   Legal description or document recording number (including county of recording):
   .08 ACRES IN LOT 2 MB 154/004 TR 19383 IN THE COUNTY OF RIVERSIDE

   ☐ See attached page.

3. The Subject Property is subject to the following deed(s) of trust, mortgage(s) or other lien(s) in the amounts specified securing the debt against the Subject Property, which will be treated as indicated:

   a.   EMC Mortgage Corporation, servicing JPMorgan Morgan Acquisition Corporation   in the amount of $   362,378   .

   b.   Homecomings Financial, through GMAC Mortgage, LLC, servicing JPMorgan Chase Bank, N.A.   in the amount of $   75,529   ☒ is ☐ is not   to be avoided;

   c. _____   in the amount of $_____   ☐ is ☐ is not   to be avoided;

   ☐ See attached page for any additional encumbrance(s).

4. The motion is:

   a. ☐ DENIED        ☐ with ☐ without        prejudice, on the following grounds:

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010    Page 1    **F 4003-2.4.ORDER**

1. ☐ Based upon the findings and conclusions made on the record at the hearing
2. ☐ Unexcused non-appearance by Movant
3. ☐ Lack of proper service
4. ☐ Lack of evidence supporting motion
5. ☐ Other (specify):

b. ☒ GRANTED on the following terms:

i. The Subject Property is valued at no more than $ __205,000__ based on adequate evidence.

ii. This avoidance of the respondent's junior lien is effective upon: ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge in this case.

iii. Before the discharge, no payments are to be made on the secured claim of the junior lienholder; maintenance payments are not to be made.

iv. The claim of the junior lienholder is to be treated as an unsecured claim and is to be paid through the plan pro rata with all other unsecured claims.

v. The junior lienholder's claim on the deed of trust, mortgage or lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim. The junior lienholder is not required to, but may file an amended Proof of Claim listing its claim as an unsecured claim to be paid in accordance with the Debtor's chapter 13 plan. If an amended claim is not filed, the Trustee may treat any claim on the debt (secured or unsecured) filed by the junior lienholder as unsecured upon entry of this order

vi. The avoidance of the junior lienholder's deed of trust, mortgage or lien is contingent upon: ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

vii. The junior lienholder shall retain its lien in the junior position for the full amount due under the corresponding note and deed of trust, mortgage or lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the Bankruptcy Code, or if the Subject Property is sold or refinanced prior to the Debtor's ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

viii. In the event that the holder of the first deed of trust or any senior lien on the Subject Property forecloses on its interest and extinguishes the junior lienholder's lien rights prior to the Debtor's ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge, the junior lienholder's lien shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale.

ix. ☒ See attached continuation page for additional provisions.

**###**

DATED: December 15, 2011

_Meredith A. [signature]_
United States Bankruptcy Judge

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                          Page 2                                      **F 4003-2.4.ORDER**

**Attachment to F 4003-2.4.ORDER**

A. That upon entry of a chapter 13 discharge, the second deed of trust held by Respondent, its agents, assignees, successors in interest, or licensees through its lien be treated as void and no longer an encumbrance against the debtors' property.

B. That upon entry of a chapter 13 discharge, Respondent, its agents, assignees, successors in interest, or licensees are requested to reconvey the second deed of trust to debtors.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*    Page 3    **F 4003-2.4.ORDER**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
635 Camino de los Mares, Suite 100
San Clemente, CA 92673

A true and correct copy of the foregoing document described as __ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _12/14/2011_, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Meredith A. Jury
United States Bankruptcy Court
3420 Twelfth Street, Suite 325
Riverside, CA 92501-3819

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: December 14, 2011      Signature: /s/ Markie Wilcox

Printed Name: Markie Wilcox

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010    Page 4    **F 4003-2.4.ORDER**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled *(specify)*   ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]   was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and LBRs, the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of    12/14/2011   , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) stated below.

Rod (TD) Danielson : notice-efile@rodan13.com
Gregory J Doan : ecf@doanlaw.com
US Trustee (RS):ustpregion16.rs.ecf@usdoj.gov
Pite Duncan LLP : ecfcacb@piteduncan.com
Recovery Management Systems Corp : claims@recoverycorp.com
Bass & Associates, PC : ecf@bass-associates.com
The Estle Law Firm : mdestle@estlelaw.com
Brice, Vander Linden & Wernick PC : ljb@bvwlaw.com
Vander Linden & Wernick PC : notice@nbsdefaultservices.com
VATIV Recovery Solutions : bankruptcy@vativrecovery.com

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) stated below:

Daniel and Jennifer Henry
2324 Fan Palm Drive
Corona, CA 92879

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) stated below:

☒ Service information continued on attached page

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                    Page 5                    **F 4003-2.4.ORDER**

**All Creditors Served Regular Mail:**

GMAC Mortgage, LLC
Agent for Service of Process
c/o CSC - Lawyers Incorporating Service
2730 Gateway Oaks Drive
Sacramento, CA 95833-3503

GMAC Mortgage
Attn: GMAC Recovery
1100 Virginia Drive
190-FTW-D45
Ft. Washington, PA 19034

Robert Hull-CFO
GMAC Mortgage, LLC.
1100 Virginia Dr.
Fort Washington, PA 19034

JP Morgan Chase Bank, N.A.
Agent  for Service of Process
c/o CT Corporation System
818 West Seventh
Los Angeles, CA 90017

James L. Dimon-CEO
JP Morgan Chase Bank
1111 Polaris Pkwy
Columbus, OH 43240

Per Proof of Claim Filed:
Marix Servicing, LLC
1925 W. Pinnacle Peak Rd
Phoenix, Arizona 85027

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                                                 Page 6                                                                 **F 4003-2.4.ORDER**